In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-515 CR


____________________



JAY GIANNUKOS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 02-03-02101-CR






MEMORANDUM OPINION (1)


 On January 6, 2005, we informed the parties that our jurisdiction was not apparent
from the notice of appeal, and notified them that the appeal would be dismissed for want
of jurisdiction unless we received a response showing grounds for continuing the appeal. 
The appellant filed a response, but failed to demonstrate jurisdiction in that response.


 The notice of appeal seeks to appeal a previously appealed conviction. After
transfer to that court, the Amarillo Court of Appeals dismissed the appeal upon the
voluntary motion of the appellant. See Giannukos v. State, No. 07-02-0457 CR, 2003 WL
22175717 (Tex. App.- Amarillo, Sept. 18, 2003, no pet.)(not reported for publication). 
The conviction became final when the court issued its mandate. The appellant has not
obtained a right to appeal through habeas corpus. Accordingly, this appeal is dismissed
for want of jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION.


 PER CURIAM


Opinion Delivered February 2, 2005 

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Tex. R. App. P. 47.4.